494 S.E.2d 429

**Nandalyn HEAITLEY, Respondent,**

v.

**BRITTINGHAM, DIAL & JEFFCOAT, Petitioner.**

**No. 24634.**

Supreme Court of South Carolina.

Heard Dec. 5, 1996.

Decided June 9, 1997.

Rehearing Denied July 9, 1997.

Franklin G. Shuler, Jr., and Danny C. Crowe, both of Turner, Padget, Graham & Laney, P.A., Columbia, for Petitioner.

Charles R. Norris, of Nelson, Mullins, Riley & Scarborough, Charleston, for Respondent.

PER CURIAM.

We granted certiorari to review the Court of Appeals' decision in *Heaitley v. Brittingham, Dial & Jeffcoat*, 320 S.C. 466, 465 S.E.2d 763 (Ct.App.1995). We dismiss certiorari as improvidently granted.